1  CHARLES S. PAINTER (SBN 89045)
   REBECCA L. MENENDEZ (SBN 262487)
2  **ERICKSEN ARBUTHNOT**
   100 Howe Avenue, Suite 110 South
3  Sacramento, CA   95825-8201
   (916) 483-5181 Telephone
4  (916) 483-7558 Facsimile

5  Attorneys for Defendants
   GHUMMAN TRUCKING, INC. and
6  SUCHVEER SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| MICHAEL W. CARAWAY and JAYNNIE CARAWAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GHUMMAN TRUCKING, INC., SUCHVEER SINGH, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:21-CV-01153-TLN-AC <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULDING ORDER DEADLINES** |

On June 29, 2021 this court issued its Initial Scheduling Order (ECF No. 2). On July 14, 2021 Defendants objected to the Initial Scheduling Order (ECF No. 4). On October 8, 2021 this court overruled Defendants objections to the Initial Scheduling Order, without prejudice.

The parties have in good faith conducted discovery in the form of Rule 26(a) disclosures, and written discovery.  The defendants subpoenaed plaintiff medical and employment records which were delayed due to the pandemic. The parties have stipulated to Rule 35 mental examination next month and the parties have agreed to continue to meet and confer regarding a Rule 35 physical examination by a neurologist.

As a result of the motor vehicle accident giving rise to this action, Plaintiff is claiming serious injuries including a traumatic brain injury.  Plaintiff is still seeking treating for his alleged injuries. Plaintiff has recently been referred for treatment with specialists for both his cognitive and orthopedic injuries. Thus, his medical condition is not permanent and stationary, and the

STIPULATION AND ORDER TO EXTEND DEADLINES
- 1 -

parties need additional time to discover the nature, extent and cause of his current and future condition.

The parties need the initial scheduling order modified in order to complete the discovery that needs to be done in this case in a timely and orderly fashion.

The parties have stipulated to modify this courts initial scheduling order as follows:

|    | Event | Current Date | Proposed New Date |
|----|-------|--------------|-------------------|
| 1. | Fact Discovery Cut-Off | 6/29/2022 | 9/27/2022 |
| 2. | Deadline to Disclose Expert Witnesses | 8/29/2022 | 11/28/2022 |
| 3. | Deadline to Supplement List of Expert Witnesses | 9/28/2022 | 12/27/2022 |
| 4. | Deadline to File Dispositive Motions | 12/27/2022 | 3/27/2023 |

**IT IS SO STIPULATED**

DATED: June 1, 2022

ERICKSEN ARBUTHNOT

By  /s/ Charles S. Painter
CHARLES S. PAINTER
REBECCA L. MENENDEZ
Attorneys for Defendants
GHUMMAN TRUCKING, INC. and
SUCHVEER SINGH

DATED: June 1, 2022

DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By  /s/ Joshua Edlow
Joshua T. Edlow
Attorney for Plaintiff
MICHAEL W. CARAWAY and JAYNNIE CARAWAY

STIPULATION AND ORDER TO EXTEND DEADLINES
- 2 -

**ORDER**

Good cause appearing therefore, the foregoing stipulation is APPROVED.

**IT IS SO ORDERED**

DATED:  June 10, 2022

Troy L. Nunley
United States District Judge